UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN MOORE,

    Petitioner,

v.

DAVID DIGUGLIELMO, et al.,

    Respondents.

CIVIL ACTION

No. 05-2796

FILED
MAR 2 7 2009
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

AND NOW, this 27 day of March, 2009, upon review of the Report and Recommendation of Magistrate Judge Arnold C. Rapoport, it is hereby **ORDERED** that:

1. Petitioner's objections to the Magistrate Judge's report and recommendation are **OVERRULED**.

2. The Report and Recommendation is **APPROVED** and **ADOPTED**.

3. Petitioner's petition for a writ of habeas corpus is **DENIED** and **DISMISSED** without an evidentiary hearing.

4. A Certificate of Appealability is **NOT GRANTED**.

Pollak, J.

9